✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

``                                   DISTRICT OF                         CALIFORNIA

UNITED STATES OF AMERICA,
                      Plaintiff,                              **APPEARANCE**

              v.

JESUS VILLALOBOS-VAZQUEZ,                            Case Number:    08MJ8657

                      Defendant.


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    JESUS VILLALOBOS-VAZQUEZ


    I certify that I am admitted to practice in this court.


                                                     /s/ JOSEPH McMULLEN

            7/21/2008
Date                                                 Signature

                                             Joseph McMullen / Federal Defenders of SD        246757
                                             Print Name                              Bar Number

                                             225 Broadway, Suite 900
                                             Address

                                             San Diego, CA  92101
                                             City                State              Zip Code

                                                (619) 234-8467              (619) 687-2666
                                             Phone Number                        Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 21, 2008

_____/s/  Joseph McMullen_____
JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Joseph_McMullen@fd.org